In the Matter of SANDRA K. YOWE, Respondent, v. NEW HAMPSHIRE INSURANCE COMPANY OF MANCHESTER, NEW HAMPSHIRE, Appellant.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.